CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VEER ENTERPRISES, LLC, a Tennessee Limited Liability Company; PARTHIV SHAH, an individual; RASHMI SHAH, an individual; MAUNISH SHAH, an individual; DIPEN SHAH, an individual; and RATHIN SHAH, an individual,<br><br>Defendants. | Civil Action No. 10-cv-6480 (PGS)(ES)<br><br>**ORDER** |

This matter having been opened to the Court by plaintiff, Ramada Worldwide Inc. ("RWI"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Veer Enterprises, LLC, Dipen Shah, and Rathin Shah, **only**, pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 14, 2010, seeking damages as a result of the breach of a franchise agreement between RWI and Veer Enterprises, LLC, and service of a copy of the Summons and Complaint having been effectuated with respect to Veer Enterprises, LLC, Dipen Shah, and Rathin Shah by personally serving them in Cordova, Tennessee on January 5, 2011; and it appearing that default was duly noted by the Clerk of the Court against Veer Enterprises, LLC, Dipen Shah, and Rathin Shah on February 18, 2011 for their failure to

487773v1

plead or otherwise defend in this action; and it appearing that defendants Parthiv Shah, Rashmi Shah, and Maunish Shah have filed an Answer and entered an appearance in this matter; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 7th day of July, 2011,

**ORDERED, ADJUDGED, AND DECREED** that RWI have judgment against Veer Enterprises, LLC, Dipen Shah, and Rathin Shah, jointly and severally; and it is

**ORDERED, ADJUDGED AND DECREED** that after its claims against the non-defaulting defendants (Parthiv Shah, Rashmi Shah, and Maunish Shah) have been adjudicated or otherwise resolved, RWI shall file a Supplemental Affidavit setting forth the amount of damages being sought from Veer Enterprises, LLC, Dipen Shah, and Rathin Shah in light of the adjudication and/or resolution as to the non-defaulting defendants.

_____
ESTHER SALAS, U.S.D.J.